**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-2314**

———————

MICHAEL PETROS,

             Plaintiff – Appellant,

        v.

PAUL BOOS; CITY OF WHEELING, WEST VIRGINIA,

             Defendants – Appellees.

———————

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  Frederick P. Stamp, Jr., Senior District Judge.  (5:10-cv-00077-FPS)

———————

Submitted:  February 28, 2011          Decided:  March 4, 2011

———————

Before TRAXLER, Chief Judge, and KING and DIAZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Michael Petros, Appellant Pro Se.  Rosemary Jennifer Humway-Warmuth, Wheeling, West Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Petros appeals the district court's order and judgment granting the City of Wheeling's request for attorney's fees and issuing a pre-filing injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Petros v. Boos, No. 5:10-cv-00077-FPS (N.D.W. Va. Nov. 2, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED